**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DEMARCUS LASHAUN BASKIN**                                      **PETITIONER**

**vs.**                                      **CIVIL ACTION No.: 3:23-CV-482-HTW-LGI**

**LEVI STRAUS & CO.**
                                                              **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 5]**. In her Report and Recommendation, filed on May 29,  2026, Magistrate Judge Isaac recommended that the Plaintiff's Complaint be dismissed for failure to prosecute.  Judge Isaac directed the parties to file any objections to his recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 5]**, this court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED that** this lawsuit hereby is **DISMISSED without PREJUDICE** for failure to prosecute.

**SO ORDERED this the 26th day of June, 2026.**

**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**

1